FORM B1
(6/90)

# FORM 1. VOLUNTARY PETITION

**ORIGINAL**

## United States Bankruptcy Court
### CENTRAL District of CALIFORNIA

**VOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of debtor - If Individual, enter Last, First, Middle)<br>COUNTY OF ORANGE, a political subdivision of the State of California | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>N/A |
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(Include married, maiden, and trade names)<br><br>Orange County, California | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>N/A |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) | SOC. SEC. TAX/I.D. NO. (If more than one, state all)<br>N/A |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Hall of Administration<br>Attention: County Counsel<br>10 Civic Center Drive West<br>Santa Ana, CA 92702 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code)<br>N/A |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Orange | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>N/A |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address)<br>N/A |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from address listed above)<br><br>Orange County, California | VENUE (Check one box)<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.   See second page |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- ☐ Individual
- ☐ Joint (Husband and Wife)
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☒ Municipality

**NATURE OF DEBT**
- ☐ Non-Business/Consumer
- ☒ Business - Complete A & B below

**A. TYPE OF BUSINESS (Check one)**
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☒ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
Operates political subdivision of the State of California

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
- ☐ Chapter 7
- ☒ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case Ancillary to Foreign Proceeding

**FILING FEE (Check one box)**
- ☒ Filing fee attached
- ☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY OR DEBTOR IN PRO SE**
Stutman, Treister & Glatt Professional Corporation
3699 Wilshire Boulevard, Ninth Floor
Los Angeles, California 90010
Telephone No.  213-251-5208

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR**
(Print or Type Names)  Bruce Bennett

☐ Debtor is not represented by an attorney

### STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)
(Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**ESTIMATED ASSETS (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**ESTIMATED LIABILITIES (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ |

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**THIS SPACE FOR COURT USE ONLY**

12/06/94 **FILED** 16:52
SA94-22272
Debtor: COUNTY OF ORANGE
JUDGE: Hon.
TRUSTEE:
CHAPTER: 09     (INCOMPLETE)
341A:
ADDR:

---

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. DEPUTY:001
RECEIPT NO:SA -024637  $ 300.00

WOLCOTTS FORM B1p1

Name of Debtor **County of Orange**

Case No _____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached

☒ Debtor intends to file a plan within the time allowed by statute, rule or order of the court

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| N/A | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| ORANGE COUNTY INVESTMENT POOLS | | Filed Concurrently Herewith |
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition

### SIGNATURES

X /s/ Bruce Bennett
Signature — Bruce Bennett, a Member of ST&G
ATTORNEY
Date: December 6, 1994

| INDIVIDUAL JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct | I declare under penalty of perjury that the information provided in this petition is true and correct and that the filing of this petition on behalf of the debtor has been authorized |
| X_____<br>Signature of Debtor | X_____<br>Signature of Authorized Individual |
| Date | Print or Type Name of Authorized Individual |
| X_____<br>Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| Date | Date |

### EXHIBIT "A" (To be completed if debtor is a corporation, requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title

If I am represented by an attorney Exhibit B has been completed

X_____    _____
Signature of Debtor                Date

X_____    _____
Signature of Joint Debtor           Date

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X_____    _____
Signature of Attorney              Date

WOLCOTTS FORM B1 p2

BRUCE BENNETT (State Bar No. 105430), and
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
3699 Wilshire Boulevard, Suite 900
Los Angeles, California 90010
Telephone: (213) 251-5208

Special Reorganization Counsel for Debtor

TERRY A. ANDRUS (State Bar No. 56457),
County Counsel
LAWRENCE M. WATSON (State Bar No. 36222)
Assistant County Counsel
OFFICE OF THE ORANGE COUNTY COUNSEL
10 Civic Center Plaza
P.O. Box 1379
Santa Ana, California 92702
Telephone: (714) 834-3316

Counsel to Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. SA 94- |
| COUNTY OF ORANGE, a political subdivision of the State of California, | Chapter 9 |
| | LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |
| Debtor. | [No Hearing Required] |

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. This list is prepared in accordance with Fed. R. Bankr. R. 1007(d) for filing in this chapter 9 case. The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such

///

IS-003
1865.000

1 | that the unsecured deficiency places the creditor among the hold-
2 | ers of the 20 largest unsecured claims.
3
4 | DATED:  December 6, 1994                  [signature]
5
...
28

IS-003
1865.000

\* Each line represents a separate issue of indebtedness

COP'S OUTSTANDING OR PLANNED TRUSTEE

| | ISSUE ID | TRUSTEE/PAYING AGENT | CONTACT | PHONE NUMBER |
|---|---|---|---|---|
| $34 M | COP 1985 HARBOR COURT/OFFICE REHAB | BANK OF AMERICA | MARIE TAMURA | (213) 345-0627 |
| $37 M | COP 1986 TELECOMMUNICATIONS | CORPORATE TRUST | ANNETTE SODERHOLM | (213) 345-0617 |
| $31 M | COP 1991 LOMA RIDGE/DATA CENTER | ADMINISTRATION 8510 | ANNETTE SODERHOLM | |
| $86 M | COP 1991 CIVIC CENTER EXPANSION | 333 S. BEAUDRY AVENUE, 25TH FLOOR | ANNETTE SODERHOLM | |
| $34 M | COP 1991 CIVIC CENTER PARKING REF | LOS ANGELES, CA 90017-3217 | ANNETTE SODERHOLM | |
| $103 M | COP 1992 JUVENILE JUSTICE CENTER REF | | ANNETTE SODERHOLM | |
| $88 M | COP 1988 SOLID WASTE MANAGEMENT | FIRST TRUST CALIFORNIA | SUSAN VARGAS | (415) 274-2531 |
| | COP 1989 JUVENILE JUSTICE CENTER ↳ refunded in '92 | 101 CALIFORNIA STREET, SUITE 1150 SAN FRANCISCO, CA 94111 | | |
| $13 M | MASTER LEASE I | FIRST TRUST CENTER | CYNTHIA SCHROER | (612) 244-0706 |
| $16 M | MASTER LEASE II | 180 EAST FIFTH STREET | | |
| $25 M | MASTER LEASE III | ST. PAUL, MN 55101 | | |
| $31 M | NDAPP 1992 A AND B | BANK OF AMERICA CORPORATE TRUST ADMINISTRATION 8510 333 S. BEAUDRY AVENUE, 25TH FLOOR LOS ANGELES, CA 90017-3217 | ANNETTE SODERHOLM | (213) 345-0617 |
| $58 M | SANTA ANA HEIGHTS 1993 REFUNDING | SEATTLE FIRST NATIONAL BANK C/O BANKAMERICA STATE TRUST CO. CORPORATE TRUST DEPARTMENT 1100 SECOND AVENUE, 5TH FLOOR SEATTLE, WA 98101 | NANCY STAHL DIANA YOUNG | (206) 585-8665 (206) 585-8661 |
| $239 M | CFD 87-1 DIMENSIONS CFD 87-3 MISSION VIEJO CFD 87-4 FOOTHILL RANCH CFD 87-5(A - D) SANTA MARGARITA CFD 87-8 COTO DE CAZA | FIRST TRUST OF CALIFORNIA CORPORATE TRUST DEPARTMENT 333 SOUTH GRAND AVE., SUITE 3030 LOS ANGELES, CA 90071 | TERESA WALL | (213) 346-9242 |
| $219 M | CFD 88-1 ALISO VIEJO | | | |
| $165 M | AD 88-1 IRVINE COAST | STATE STREET BANK & TRUST CO. CORPORATE TRUST DEPARTMENT P.O. BOX 960 NEW YORK, NY 10268 | JULIE SALOVITCH MILLER | (212) 612-3446 |
| $15 M | AD 94-1 GOLDEN LANTERN REASESMNT DIST | SEATTLE FIRST NATIONAL BANK C/O BANKAMERICA STATE TRUST CO. CORPORATE TRUST DEPARTMENT 1100 SECOND AVENUE, 5TH FLOOR SEATTLE, WA 98101 | MATTHEW BROCKHAUS | (206) 585-8642 |
| $320 M | PENSION OBLIGATION BONDS | U.S. TRUST COMPANY OF CALIFORNIA 555 S. FLOWER STREET, #2700 LOS ANGELES, CA 90071-2429 | MARGARET SWINDALL | (213) 896-2815 |

filename:lotus\project\trustee

213-345-0617

$242 M Airport Terminal
$6 M Airport Loading Bridges
$80 M Airport Refunding

Bank of America
Corporate Trust
Admin. 8510
333 S. Beaudry Ave, 25th Floor
L.A. 90017-3217

Annette Soderholm

COP'S, CFD'S, AD'S, REDEVELOPMENT
TRUSTEE,

First Trust of California, N.A. as Indenture Trustee for
$239,340,000 South County Public Finance Authority Special Tax
Revenue Bonds 1994 Series C (Foothill Area), 8-24-54

First Trust of California, N.A. as Indenture Trustee for 333
South Grand Ave, Ste. 3030, Los Angeles, California $162,360,000
1994 Series A (Series Lien Bonds) $56,965,000 1994 Series B
(Junior Lien Bonds), 6-14-94

2.

```
 1  BRUCE BENNETT (State Bar No. 105430), a Member of
    STUTMAN, TREISTER & GLATT
 2  PROFESSIONAL CORPORATION
    3699 Wilshire Boulevard, Suite 900
 3  Los Angeles, California 90010
    Telephone: (213) 251-5208
 4
 5  Special Reorganization Counsel for Debtor
 6
 7  TERRY A. ANDRUS (State Bar No. 56457),
      County Counsel
 8  LAWRENCE M. WATSON (State Bar No. 36222),
      Assistant County Counsel
 9  10 Civic Center Plaza
    P.O. Box 1379
10  Santa Ana, California  92702
    Telephone:  (714) 834-3316
11
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. SA 94- |
| COUNTY OF ORANGE, a political subdivision of the State of California, | Chapter 9 |
| | STATEMENT OF ATTORNEYS FOR DEBTOR PURSUANT TO BANKRUPTCY CODE SECTION 329(a) AND BANKRUPTCY RULE 2016(b) |
| Debtor. | |
| | (STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION) |
| | [No Hearing Set] |

Pursuant to section 329(a) of the Bankruptcy Code, 11 U.S.C. § 329(a), and Bankruptcy Rule 3016(b), Bruce Bennett, a member of Stutman, Treister & Glatt Professional Corporation (the "Firm"), states as follows:

1.  During the one-year period prior to the date of the filing of this chapter 9 petition, the Firm has received no compensation from the County of Orange, a political subdivision of

the State of California (the "County"). In addition, the Firm has not received a retainer for legal services to be rendered as special reorganization counsel to the County in this chapter 9 case. In connection with the filing of the chapter 9 petition, the County has agreed to pay the Firm a reasonable fee for professional services to be rendered in the case.

2. The Firm has not shared nor agreed to share such compensation with any other person except as among the members of the Firm.

3. As the County is aware, the Firm received a very preliminary telephonic inquiry from First National Bank of Boston ("First Boston") concerning its representation in connection with this matter. No confidential factual information was received, and First Boston and the Firm agree that representation was not undertaken by the Firm. Further, the Firm has received express authorization from First Boston's counsel to proceed with representation of the County in this matter; however, the lawyer receiving the original telephonic inquiry from First Boston will not be involved in any aspect of this case directly involving First Boston. Based on the foregoing, it is my understanding that the County waives any potential conflict of interest raised by this initial inquiry.

4. Members of the Firm may be investors in certain bonds of the County or municipalities that may have invested in the County's investment pool. The Firm also may represent entities that owe the County taxes and other obligations. In light of the County's aggregate indebtedness, the Firm believes that these amounts are not material.

5. The Firm may also represent the Orange County Investment Pools, an affiliated entity, in its related case under chapter 9.

DATED: December 6, 1994

BRUCE BENNETT, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Special Reorganization Counsel
for Debtor

-3-

CERTIFICATE OF ACTING CLERK OF THE BOARD OF SUPERVISORS
OF RESOLUTION OF BOARD OF SUPERVISORS OF COUNTY OF ORANGE
AUTHORIZING FILING OF PETITION
UNDER CHAPTER 9 OF THE BANKRUPTCY CODE ON
BEHALF OF COUNTY OF ORANGE INVESTMENT POOLS,
AN INSTRUMENTALITY OF THE COUNTY OF ORANGE

I, Nancy K. Swanson, do hereby certify:

1. That I am the duly appointed and acting Clerk of the Board of Supervisors of the County of Orange, an instrumentality of the State of California.

2. The County of Orange Investment Pools is an instrumentality of the County of Orange.

3. That at a regular meeting of the Board of Supervisors of the County of Orange, duly held on December 6, 1994, the following resolutions were duly enacted, and the same remain in full force and effect, without modifications, as of the date hereof:

> RESOLVED, that it is desirable and in the best interests of the County of Orange Investment Pools, the County of Orange, its creditors, and other interested parties that a Petition be filed under the provisions of chapter 9 of the Bankruptcy Code on behalf thereof.
>
> FURTHER RESOLVED that the County Executive Officer or the County Counsel of the County of Orange, or either of them, be, and each of them hereby is, authorized and directed, on behalf of and in the name of the County of Orange Investment Pools to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California.
>
> FURTHER RESOLVED, that the County Executive Officer or the County Counsel of the County of Orange, or either of them, be, and each of them hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary and proper in connection with such proceedings under said chapter 9, and in that connection to retain and employ all assistance by legal counsel or otherwise which they may deem necessary and proper with a view to the successful conclusion of such proceedings.

BNK-001a
10/27/93

**FURTHER RESOLVED**, that the firm of Stutman, Treister & Glatt Professional Corporation be, and it hereby is, retained as attorneys for the County of Orange Investment Pools in connection with the institution and maintaining of such proceedings.

December 6, 1994

_Nancy K. Swanson_
Nancy K. Swanson

-2-